IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH C. MCGHEE BEY, )
)
      Plaintiff, )
)
v. )     1:22CV566
)
UNITED STATES OF AMERICA, )
et al., )
)
      Defendant(s). )

### ORDER AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a federal prisoner housed in Virginia, submitted a filing against the United States of America, the United States Supreme Court, and the United States Congress. Plaintiff alleges that he is a "Moorish American" and that Defendants have no jurisdiction over him. He also appears to challenge the Fourteenth Amendment of the United States Constitution. Given the fact that Plaintiff alleges some type of violation of his rights by federal authorities, the Court treated the filing as being brought under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). Plaintiff also then filed a series of similar documents which the Court treated as Supplements to the Complaint. The form of the Complaint, as supplemented, is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.     The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. *See* LR 7.1(f).

2.  The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

3.  Plaintiff does not name proper defendants or give sufficient addresses for them to be served. Plaintiff must name the persons who are actually responsible for the alleged violations of his constitutional rights. Plaintiff names the United States as a Defendant along with its Supreme Court and Congress, but does not name specific persons.

4.  Plaintiff continues to raise claims based on his claimed identity as a Moorish American. As the Court informed him in past actions, such claims are similar to claims previously raised in, and rejected by, this Court. Those claims are likely frivolous. Plaintiff should be aware that, if he chooses to file a complaint in the proper format, he must state cognizable and nonfrivolous claims for relief.

Consequently, this particular complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects of the present Complaint. If Plaintiff seeks to file such a complaint, he should request the proper forms from the Clerk of this Court.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited above.

This, the 16th day of August, 2022.

/s/ L. Patrick Auld<br>
**L. Patrick Auld**<br>
**United States Magistrate Judge**